<table>
<tr><td colspan="2">

**IN THE UNITED STATES DISTRICT COURT<br>
FOR THE WESTERN DISTRICT OF TEXAS<br>
AUSTIN DIVISION**

</td><td>

**FILED**<br>
September 03, 2024<br>
CLERK, U.S. DISTRICT COURT<br>
WESTERN DISTRICT OF TEXAS

</td></tr>
</table>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | SEALED    BY: _____SL_____<br>                              DEPUTY |
| v. | § § | Case No: 1:24-mj-559-DH |
| **AUBREY COTTLE, aka Kirtaner**<br>Defendant. | § § § | |

## O R D E R

Before the Court is the Government's Motion to Modify Seal this Complaint, Affidavit, Arrest Warrant, and other documents in the above-styled case, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court maintain the Complaint, Affidavit, Arrest Warrant and all related documents under seal, but that the Government may share copies of the Complaint, Affidavit, and Arrest Warrant with other entities, as deemed appropriate by the government, to secure the arrest, seize assets, or disrupt ongoing criminal schemes.

IT IS FURTHER ORDERED that the Government's Motion to Seal, as well as this order shall remain sealed until such time as the Complaint and related documents are unsealed.

SIGNED on this __3rd__ day of __September__, 2024.

_____<br>
UNITED STATES MAGISTRATE JUDGE