FILED

March 27, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) |
| | ) NO. 24-MJ-559 (DH) |
| Aubrey Cottle | ) |
| a.k.a. Kirtaner, | ) |
| | ) |
| **Defendant** | ) |

## MOTION TO UNSEAL COMPLAINT AND ARREST WARRANT

The United States respectfully requests the Court to unseal redacted copies of the complaint and arrest warrant in this matter. (Dkt. Nos. 3 & 4.) The United States has learned that the subject has been arrested in Canada and thus the rationale for sealing the complaint and arrest warrant has expired. Proposed redacted copies of the complaint and arrest warrant are attached and the redactions protect certain personal information and information sensitive to the investigation from public disclosure.

Respectfully submitted,

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

Dated: March 27, 2025          By: _/s/ G. Karthik Srinivasan_
                                   G. Karthik Srinivasan
                                   Assistant United States Attorney